IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01353-AP

Rene J. Garcia,

a/k/a Jesse Garcia

      Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Chris Noel
3000 Pearl Street, #212
Boulder, CO 80301-2431
303-449-6503
chrisildar@comcast.net

For Defendant:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-0815
stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:   May 24, 2013**

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:   May 28, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed:    July 29, 2013**

### 4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5.   STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7.   OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

### 8.   BRIEFING SCHEDULE

The parties request the following briefing schedule:

    **A.**    **Plaintiff's Opening Brief Due: September 30, 2013**

    **B.**    **Defendant's Response Brief Due: October 30, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: November 14, 2013**

### 9.   STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.**      **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 12th day of August, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Chris Noel
Chris Noel
3000 Pearl Street, #212
Boulder, CO 80301-2431
chrisildar@comcast.net
303.449.6503

UNITED STATES ATTORNEY

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
303.844.0815
stephanie.kiley@ssa.gov